UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-0223 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Kyle Dale Clark (1), | |
| Defendant. | |

This matter is before the Court upon Defendant Kyle Dale Clark's motion to exclude time from the Speedy Trial Act computations in this case. (Dkt. 249.) Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in Clark's Statement of Reasons in Support of Motion to Exclude Time Under the Speedy Trial Act. Based on the foregoing analysis and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant Kyle Dale Clark's motion to exclude time from the Speedy Trial Act computations in this case, (Dkt. 249), is **GRANTED**.

2. The period from **March 16, 2022**, through **May 16, 2022**, shall be excluded from the Speedy Trial Act computations in this case.

Dated: March 31, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge