UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-0223 (WMW/LIB) |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| Kyle Dale Clark (1), | |
| Defendant. | |

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 314.) The Court finds that the property at issue is subject to forfeiture, 21 U.S.C. § 853(a), and that the United States has established the requisite nexus between such property and the offense of which Defendant Kyle Dale Clark has been found guilty.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Plaintiff United States of America's motion for a preliminary order of forfeiture, (Dkt. 314), is **GRANTED**.

2. Defendant Kyle Dale Clark shall forfeit to the United States the Glock model 26gen5, 9mm pistol, serial number ADLP 470 and any ammunition and accessories seized therewith (the Property), pursuant to 21 U.S.C. § 853(a).

3.      The United States Attorney General or an authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture.

4.      Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the Property in such manner as the Attorney General may direct.

5.      This Order shall become final at the time of sentencing, made part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6.      Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

7.      This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: August 12, 2022                                          s/Wilhelmina M. Wright
                                                                                                          Wilhelmina M. Wright
                                                                                                          United States District Judge